NICOLAS GEOFFROY, as Administrator of JENNIE CLARKSON GEOFFROY, Deceased, Respondent, *v.* ALEXANDER GILBERT et al., as Executors of WILLIAM R. CLARKSON, Deceased, et al., Appellants.

*Geoffroy* v. *Gilbert*, 5 App. Div. 98, affirmed.
(Argued October 11, 1897; decided October 26, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1896, which reversed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term, and directed judgment in favor of plaintiff.

*John S. Durand* for appellants.

*Joseph Fettretch* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

———————

EDWARD C. BURNS et al., as Executors of CHARLOTTE O. BLACK, Deceased, Respondents, *v.* AUGUSTUS F. ALLEN et al., by Guardian ad Litem, Appellants, et al., Respondents.

*Burns* v. *Allen*, 89 Hun, 552, affirmed.
(Argued October 11, 1897; decided October 26, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered October 22, 1895, which affirmed a judgment entered upon a decision of the court on trial at Special Term in an action for the construction of a will.

*Spencer Clinton* for appellants.

*Charles B. Wheeler, Stillman F. Kneeland* and *George Barker* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.